58230. PINKSTON v. THE STATE.
58231. RICKS v. THE STATE.

SMITH, Judge.
The evidence adduced at appellants' probation revocation hearing more than adequately satisfied the "slight evidence" standard applicable in such proceedings. See *Thomas v. State,* 143 Ga. App. 521 (239 SE2d 205) (1977); *Smith v. State,* 144 Ga. App. 631 (241 SE2d 499) (1978).

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

SUBMITTED JULY 10, 1979 — DECIDED OCTOBER 1, 1979.

*Charles B. Merrill, Jr.,* for appellants.
*H. Reginald Thompson, District Attorney, Charles W. Cook,* for appellee.